1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR 09-00353-PHX-PGR
                                           )
10              Plaintiff,                  )
                                           )   **DETENTION  ORDER**
11  vs.                                     )
                                           )
12  Roland Beau Gene,                       )
                                           )
13              Defendant.                  )
                                           )
14  _____    )

15        A detention hearing and a preliminary revocation hearing on the Petition on

16  Supervised Release were held on April 11, 2011.

17        **THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and

18  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

19  has consented to the issue of detention being made based upon the allegations in the Petition.

20        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

23  (9th Cir. 1994).

24        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26        DATED this 11th day of April, 2011.

27                                          _____
                                                        James F. Metcalf
28                                            United States Magistrate Judge